

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:19-0031

18 U.S.C. § 922(g)(3)
18 U.S.C. § 924(a)(2)
**ROBERT LOGAN GORMAN**  26 U.S.C. § 5861(d)
26 U.S.C. § 5871

# I N F O R M A T I O N

The United States Attorney Charges:

### COUNT ONE
### (Unlawful Drug User in Possession of Firearm)

1.  On or about October 6, 2018, at or near Ravenswood, Jackson County, West Virginia, and within the Southern District of West Virginia, Defendant ROBERT LOGAN GORMAN did knowingly possess a firearm in and affecting interstate commerce, that is, a black, RPB Industries, model MII-AI, .380 caliber pistol.

2.  At the time defendant ROBERT LOGAN GORMAN possessed the aforesaid firearm, he was an unlawful user of and addicted to a controlled substance (as defined in Section 102 of the Controlled Substances Act (21 U.S.C. § 802)), that is, methamphetamine.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT TWO
### (Illegal Possession of a Firearm Silencer)

On or about October 6, 2018, at or near Ravenswood, Jackson County, West Virginia, and within the Southern District of West Virginia, defendant ROBERT LOGAN GORMAN did knowingly possess a firearm, as defined by 26 U.S.C. § 5845(a)(7) and 18 U.S.C. § 921(a)(24), that is, a firearm silencer or firearm muffler, that was designed for silencing, muffling, or diminishing the report of a portable firearm, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

**FORFEITURE**

In accordance with 28 U.S.C. § 2461(c), 18 U.S.C. § 924(d)(1), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of defendant ROBERT LOGAN GORMAN of a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2), as set forth in this Information, defendant shall forfeit to the United States any firearm or ammunition involved in or used in such firearms offense including, but not limited to the RPB Industries, model MII-AI, .380 caliber pistol, serial number SAP 3805753, and the firearm silencer.

                              UNITED STATES OF AMERICA

                              MICHAEL B. STUART
                              United States Attorney

By: _____
     STEVEN I. LOEW
     Assistant United States Attorney